CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorney for Defendant CCSD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN GIARDINA,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision and municipality including its department, CLARK COUNTY SCHOOL DISTRICT,<br><br>    Defendants. | CASE NO. 2:13-cv-00820-LDG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorney's fees. The parties agree that neither party is a prevailing party

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

in this action and neither party will seek any attorney's fees or costs pursuant to any rule, statute or law, whether local, state or federal.

DATED this 4th day of September, 2014.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | LAW OFFICES OF MICHAEL P. BALABAN |
|---|---|
| By:  /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>(702) 799-5373<br>Attorneys for Defendant | By: /s/ Michael Balaban<br>MICHAEL P. BALABAN<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>(702) 586-2964<br>Attorney for Plaintiff |

**IT IS SO ORDERED:**

Date: 5 Sept. 2014

_____
U.S. DISTRICT COURT JUDGE
LLOYD D. GEORGE

- 2 -